**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

METAVERSE TECHNOLOGY COMPANY FZE, a Free Zone Establishment organized under the laws of the United Arab Emirates,

Plaintiff,

v.

RUSHIKESH 'RUSHI' MANCHE and COOPER SCANLON

Defendants.

C.A. No. 26-108-RGA

[redacted]

**REDACTED PUBLIC VERSION**
**FILED: APRIL 9, 2026**

**EXHIBITS 1 & 2 TO**
**OPENING BRIEF IN SUPPORT OF DEFENDANT RUSHIKESH MANCHE'S MOTION TO COMPEL ARBITRATION AND STAY PENDING COMPLETION OF ARBITRATION OR, IN THE ALTERNATIVE, TO DISMISS THE COMPLAINT**

BALLARD SPAHR LLP

David J. Margules (No. 2254)
Emily C. Friedman (No. 7054)
222 Delaware Avenue, 10th Floor
Wilmington, DE 19801-3034
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
Email: MargulesD@ballardspahr.com
FriedmanE@ballardspahr.com

*Attorney for Defendant Rushikesh 'Rushi' Manche.*

Dated: March 25, 2026

# EXHIBIT 1

ID: c7074427-1a3a-4549-a09d-7f459e58ac05

**ADVISORY AGREEMENT**

MVMT Labs, Inc.

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

ID: c7074427-1a3a-4549-a09d-7f459e58ac05

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

e) <u>Governing Law Jurisdiction and Venue</u>. This Agreement, and all matters arising directly or indirectly from this Agreement, shall be governed by and construed in accordance with the laws of the State of New York, without regard to its conflict of laws rules applicable to contracts to be performed entirely within the State of New York. Any dispute arising out of or relating to this Agreement shall be finally settled by binding arbitration conducted expeditiously in accordance with the J.A.M.S./Endispute Comprehensive Arbitration Rules and Procedures (the "**J.A.M.S. Rules**"). The arbitration shall be governed by the United States Arbitration Act, 9 U.S.C. Sections 1-16, and judgment upon the award rendered by the arbitrators may be entered by any court having jurisdiction thereof. The arbitration shall take place in the State of New York.

[redacted]

[redacted]

[redacted]

In witness whereof, the Parties have executed this Advisory Agreement as of the date set forth above.

COMPANY

MVMT Labs, Inc.

By: Rushi Manche
Name: Rushi Manche
Email Address: [redacted]

ADVISOR

____________________

By: Lei
Name: LiHuiMei Lei
Email Address: [redacted]
ERC-20 wallet address: [redacted]

ID: c7074427-1a3a-4549-a09d-7f459e58ac05

[redacted]

[redacted]

- [redacted]
- [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

# EXHIBIT 2

# DEMAND FOR ARBITRATION

Metaverse Technology Company – FZE

Claimant

v

MVMT Labs, Inc.

Respondent

Claimant, Metaverse Technology Company – FZE, brings this claim against Respondent MVMT Labs, Inc., in accordance with Article 13(e) of an Advisory Agreement (as amended, the "Agreement") entered into between the parties and subsequently amended by the parties. [redacted]

THE PARTIES:

1. Claimant Metaverse Technology Company – FZE is a company organized under the laws of Dubai, United Arab Emirates, with its principal place of business at Office A7, Dubai Digital Park, Dubai Silicon Oasis. Claimant's contact information is: Ms Lihuimei Lei, CEO, email: snow@lfg.marketing, phone number +971 58 992 4081.

2. Claimant is represented in these proceedings by Federico Salinas, Esq., New York Bar Number 2900496, of Nous Evolution Legal DAO, Mokotowska 63, m. 64, Warsaw 00-533, Poland. Mr Salinas email is fed@nousevolution.com and his phone number is +48 603 032 357.

3. Respondent MVMT Labs, Inc. is a corporation organized under the laws of Delaware with its principal place of business at 1475 Bering Road, Wesley Chapel, Florida. Respondent's contact information is: Rushikesh Manche, Founder, email: rushi@movementslabs.xyz; phone number: 713-720-3599.

4. Respondent is represented by in-house counsel Joseph Golding, email: joseph.golding@movementlabs.xyz.

5. Respondent is also represented by outside counsel Anand Sithian, New York Bar Number 5046859, of Crowell & Mooring, address Two Manhattan West, 375 Ninth Avenue, phone number +1.212.895.4270, email: asithian@crowell.com.

ARBITRATION VENUE AND JURISDICTION:

6. This dispute is submitted to arbitration pursuant to the terms of Article 13(e) of the Agreement, which states that the Agreement "and all matters arising directly or indirectly from this Agreement, shall be governed by and construed in accordance with the laws of the State of New York, without regard to its conflict of laws rules applicable to contracts to be performed entirely within the State of New York. Any dispute arising out of or relating to this Agreement shall be finally settled by binding arbitration conducted expeditiously in accordance with the J.A.M.S./Endispute Comprehensive Arbitration Rules and Procedures (the "J.A.M.S. Rules"). The arbitration shall be governed by the United States Arbitration Act, 9 U.S.C. Sections 1-16, and judgment upon the award rendered by the arbitrators may be entered by any court having jurisdiction thereof. The arbitration shall take place in the State of New York."

NATURE OF THE DISPUTE:

[redacted]

[redacted]

[redacted]

9. [redacted]

[redacted]

10. Under New York law, [redacted] constitute a valid written modification to the Agreement pursuant to the Uniform Electronic Transactions Act (UETA). [redacted]

11. [redacted]

12. [redacted]

13. [redacted]

14. The TGE occurred on December 9, 2024, [redacted]

15. [redacted]

16. [redacted]

17. [redacted]

18. [redacted]

REQUEST FOR RELIEF:

19. As a result of the foregoing, Claimant respectfully requests that the Arbitral Tribunal issue an award:

   a. [redacted]

c. [redacted]

Claimant expressly reserves the right to amend or supplement this Demand, to make additional claims, and to request such additional relief as may be appropriate.

Dated: 15 January 2025
Respectfully submitted,




Federico Salinas, Esq.
Nous Evolution Legal DAO
Counsel for Claimant Metaverse Technology Company – FZE

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25 2026, I caused a true and correct copy of the foregoing *Sealed Filing* to be served upon counsel of record via electronic mail.

*/s/ Emily C. Friedman*
Emily C. Friedman (No. 7054)